IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-40940
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENNEDY PETER GAMBOA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
_____

July 10, 2001

Before HIGGINBOTHAM and EMILIO M. GARZA, Circuit Judges, and DOWD[*],
District Judge.

PER CURIAM:[**]

Concluding that we have jurisdiction in this case, we accept

the government's confession of error and remand to the able

district judge for resentencing, without the 17 months added on the

first remand.

REMANDED.

_____

[*] District Judge of the Northern District of Ohio, sitting by
designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.